# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 15-2588-DOC                                        Date: June 5, 2018

Title: IN RE KEVAN HARRY GILMAN

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER REMANDING TO BANKRUPTCY COURT**

On March 22, 2016, Appellants Tammy R. Phillips and Tammy R. Phillips, a Professional Law Corporation, appealed to the Ninth Circuit Court of Appeals this Court's orders (Dkts. 50, 67) affirming the bankruptcy court's ruling that debtor Kevin Harry Gilman was entitled to a homestead exemption.

On April 13, 2018, the Ninth Circuit Court of Appeals issued an Opinion (Dkt. 72) affirming in part, vacating in part, and remanding to this Court with instructions to remand to the bankruptcy court for further proceedings. The Ninth Circuit's formal Mandate (Dkt. 73) issued on May 31, 2018, at which point its April 13, 2018 judgment took effect.

Accordingly, this Court remands to the bankruptcy court (bankruptcy court case number 1:11-bk-11603 VK, adversary case number 1:11-ad-01389 VK) for further proceedings consistent with the Ninth Circuit's opinion.

The Clerk shall serve this minute order on the parties.

| MINUTES FORM 11 | Initials of Deputy Clerk: djl |
|---|---|
| CIVIL-GEN | |